In the Matter of WILLIAM L. GREENFOGEL, Appellant. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

(Submitted February 26, 1934; decided March 6, 1934.)

*Einar Chrystie* for motion.
*David Haar* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.